# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### WESTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| JOSEPH F. CONTARINO | § | Case No. 15-80031 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 01/08/2015 . The undersigned trustee was appointed on 01/08/2015 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of      $    723,536.54

     Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 73,916.61 |
| Bank service fees | 6,623.13 |
| Other payments to creditors | 100,000.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 542,996.80 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was  05/14/2015  and the deadline for filing governmental claims was  07/07/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 39,426.83 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 39,426.83 , for a total compensation of $ 39,426.83 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 17.29 , for total expenses of $ 17.29 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:  10/13/2017                    By:/s/BERNARD J. NATALE
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit A

| Case No: | 15-80031 | TML | Judge: | Thomas M. Lynch | Trustee Name: | BERNARD J. NATALE |

Case Name:   JOSEPH F. CONTARINO

Date Filed (f) or Converted (c):   01/08/2015 (f)

341(a) Meeting Date:   02/05/2015

For Period Ending:   10/13/2017

Claims Bar Date:   05/14/2015

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  12933 Melrose, Caledonia, IL Illinois Law | 970,000.00 | 0.00 | | 0.00 | FA |
| 2.  780 South Collier Blvd, (Somerset) Unit 302 Flor | 745,000.00 | 660,000.00 | | 0.00 | FA |
| 3.  990 Cape Marco, (Merida) Unit 304 Florida Law 99 | 650,000.00 | 90,000.00 | | 0.00 | FA |
| 4.  900 South Collier Blvd., (Apollo) Unit 604 Flori | 400,000.00 | 90,000.00 | | 0.00 | FA |
| 5.  Berkenshaw /Commercial, Lots 31 and 32, Loves Pa | 550,000.00 | 0.00 | | 0.00 | FA |
| 6.  cash | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 7.  Castle Bank (Checking Account) Joseph F. Contari | 784.81 | 784.81 | | 784.81 | FA |
| 8.  First Community Credit Union (Checking Account) | 3,918.61 | 3,918.61 | | 3,918.61 | FA |
| 9.  Sun Trust (Joseph F. Contarino Revocable Trust - | 4,955.00 | 4,955.00 | | 4,955.00 | FA |
| 10. Bank of America (checking) IMRF Account | 2,000.00 | 0.00 | | 0.00 | FA |
| 11. Misc. furnishings | 3,500.00 | 0.00 | | 0.00 | FA |
| 12. Used Clothing | 300.00 | 300.00 | | 0.00 | FA |
| 13. Guns - one shotgun and 3 pistols | 4,000.00 | 4,000.00 | | 0.00 | FA |
| 14. Bike | 350.00 | 350.00 | | 0.00 | FA |
| 15. Illinois Municipal Retirement Fund/per month | 1,744.73 | 1,744.73 | | 0.00 | FA |
| 16. Roth IRA | 407,317.00 | 0.00 | | 0.00 | FA |
| 17. Belize Development LLC Value -$934,500.00 | 0.00 | 0.00 | | 0.00 | FA |
| 18. Capron Development, LLC Value -$1,259,500.00 | 0.00 | 0.00 | | 0.00 | FA |
| 19. Clearwing Apartments, LLC value -$131,000.00 | 0.00 | 0.00 | | 0.00 | FA |
| 20. Clearwing Development of Roscoe, LLC value -140, | 0.00 | 0.00 | | 0.00 | FA |
| 21. Contarino Holdings, LLC Value -$984,750.00 | 0.00 | 0.00 | | 0.00 | FA |
| 22. Contarino Investments, LLC value -$5,000.00 | 0.00 | 0.00 | | 0.00 | FA |
| 23. Cross Creek Development, LLC value -$745,430.00 | 0.00 | 0.00 | | 0.00 | FA |
| 24. Essex Development, LLC | 22,098.00 | 22,098.00 | | 0.00 | FA |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit A

| | | |
|---|---|---|
| Case No: | 15-80031 | TML |
| Case Name: | JOSEPH F. CONTARINO | |
| For Period Ending: | 10/13/2017 | |

| | |
|---|---|
| Judge: | Thomas M. Lynch |

| | |
|---|---|
| Trustee Name: | BERNARD J. NATALE |
| Date Filed (f) or Converted (c): | 01/08/2015 (f) |
| 341(a) Meeting Date: | 02/05/2015 |
| Claims Bar Date: | 05/14/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 25.  Joe Contarino, Inc. value -$2,234,447.00 | 0.00 | 0.00 | | 2,500.00 | FA |
| 26.  Maplecrest Builders, LLC | 0.00 | 0.00 | | 2,500.00 | FA |
| 27.  Maple Leaf Development, LLC Value -$245,700.00 | 0.00 | 0.00 | | 0.00 | FA |
| 28.  Somerset Development II, LLC Value -$277,350.00 | 0.00 | 0.00 | | 0.00 | FA |
| 29.  Real estate commission to close in January, 2015 | 9,000.00 | 9,000.00 | | 8,878.12 | FA |
| 30.  1/4 interest in Vera Cruz Irrevocable Holdings T | 0.00 | 0.00 | | 0.00 | FA |
| 31.  Holdings, LLC - Contingent Interest Value | 0.00 | 0.00 | | 0.00 | FA |
| 32.  Contingent testamentary beneficiary in Deborah Z | 0.00 | 0.00 | | 0.00 | FA |
| 33.  Sea Ray Sundeck in Florida/Tenants by the Entire | 30,000.00 | 30,000.00 | | 0.00 | FA |
| 34.  Computers; copier and file cabinets | 500.00 | 0.00 | | 0.00 | FA |
| 35.  Alter Ego Claim (u) | 0.00 | 400,000.00 | | 400,000.00 | FA |
| 36.  Preference re Memorandum of Judgment (u) | 0.00 | 300,000.00 | | 300,000.00 | FA |

Gross Value of Remaining Assets

| | | | | | |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $3,806,468.15 | $1,618,151.15 | | $723,536.54 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE'S MOTION TO SELL DEBTOR'S INTEREST IN HOMESTEAD TO NON-FILING SPOUSE PENDING. TRUSTEE'S COMPLAINT TO RECOVER PREFERENCE PENDING. BOTH MATTERS VIGOROUSLY CONTESTED BY 1 CREDITOR, BMO HARRIS BANK. OTHER CREDITORS HAVE JOINED IN SUPPORT OF TRUSTEE.

Case 15-80031    Doc 212    Filed 10/13/17    Entered 10/13/17 11:12:00    Desc Main
Document        Page 5 of 17

| RE PROP # | 1 | -- | Amended Exempton |
| RE PROP # | 25 | -- | Per Order Entered on  6/10/15 |
| RE PROP # | 26 | -- | Per Order Entered on 6/10/15 |

Exhibit A

Initial Projected Date of Final Report (TFR): 12/31/2017        Current Projected Date of Final Report (TFR): 06/30/2018

**Page:** 1

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: 15-80031 | Trustee Name: BERNARD J. NATALE |
| Case Name: JOSEPH F. CONTARINO | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX8095 |
| | Checking |
| Taxpayer ID No: XX-XXX4700 | Blanket Bond (per case limit): $3,000.00 |
| For Period Ending: 10/13/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/24/16 | | Transfer from Acct # xxxxxx66 | Transfer of Funds | 9999-000 | $23,143.08 | | $23,143.08 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $23,133.08 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $34.39 | $23,098.69 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $33.23 | $23,065.46 |
| 06/02/16 | 5001 | INTERNATIONAL SURETIES SUITE 420 701 POYDRAS STREET NEW ORLEANS LA 70139 | Bond# 016018067 | 2300-000 | | $11.92 | $23,053.54 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $34.29 | $23,019.25 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $33.12 | $22,986.13 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $34.18 | $22,951.95 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $34.12 | $22,917.83 |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $32.98 | $22,884.85 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $34.02 | $22,850.83 |
| 11/09/16 | 35 | JOSEPH F. CONTARINO 12933 MELROSE ROAD CALEDONIA, IL 61011 | Compromise Re: Vera Cruz Settlement | 1249-000 | $400,000.00 | | $422,850.83 |

| | | |
|---|---|---|
| UST Form 101-7-TFR (5/1/2011) *(Page: 6)* | Page Subtotals: | $423,143.08    $292.25 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 15-80031 | Trustee Name:  BERNARD J. NATALE |
| Case Name:  JOSEPH F. CONTARINO | Bank Name:  Associated Bank |
| | Account Number/CD#:  XXXXXX8095 |
| | Checking |
| Taxpayer ID No:  XX-XXX4700 | Blanket Bond (per case limit):  $3,000.00 |
| For Period Ending:  10/13/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $454.80 | $422,396.03 |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $627.94 | $421,768.09 |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $627.12 | $421,140.97 |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $565.55 | $420,575.42 |
| 03/08/17 | 5002 | BERNARD J. NATALE LTD 1639 N ALPINE RD SUITE 401 EDGEBROOK OFFICE CENER ROCKFORD, IL  61107 | Distribution | | | $52,968.61 | $367,606.81 |
| | | BERNARD J. NATALE LTD | 1st Interim Fee App                ($52,918.75) | 3110-000 | | | |
| | | BERNARD J. NATALE LTD | 1st Interim Exp App                ($49.86) | 3120-000 | | | |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $569.39 | $367,037.42 |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $528.09 | $366,509.33 |
| 06/06/17 | 5003 | INTERNATIONAL SURETIES SUITE 420 701 POYDRAS STREET NEW ORLEANS LA 70139 | 2017 Bond Premium Payment | 2300-000 | | $221.81 | $366,287.52 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $544.84 | $365,742.68 |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $526.35 | $365,216.33 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $57,634.50 |

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 15-80031 | |
| Case Name: JOSEPH F. CONTARINO | |
| Taxpayer ID No: XX-XXX4700 | |
| For Period Ending: 10/13/2017 | |

| | |
|---|---|
| Trustee Name: BERNARD J. NATALE | |
| Bank Name: Associated Bank | |
| Account Number/CD#: XXXXXX8095 | |
| | Checking |
| Blanket Bond (per case limit): $3,000.00 | |
| Separate Bond (if applicable): | |

Exhibit B

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/21/17 | 36 | First National Bank 121 West Lincoln Highway DeKalb, IL 60115 | Compromise | 1241-000 | $300,000.00 | | $665,216.33 |
| 07/25/17 | 5004 | BMO Harris Bank N. A. c/o Carlson Dash LLC 216 S. Jefferson Street,Suite 504 Chicago, IL  60661 | Pymt of Secured Portion of Claim per Court Order | 4110-000 | | $100,000.00 | $565,216.33 |
| 08/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $701.27 | $564,515.06 |
| 08/28/17 | 5005 | CRAIG WILLETTE YALDEN, OLSEN & WILLETTE 1318 E STATE STREET ROCKFORD, IL  61104 | Compensation for Special Counsel Fees & Expenses | | | $20,681.00 | $543,834.06 |
| | | CRAIG WILLETTE | ($531.00) | 3220-000 | | | |
| | | CRAIG WILLETTE | ($20,150.00) | 3210-000 | | | |
| 09/08/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $837.26 | $542,996.80 |

| | | |
|---|---|---|
| COLUMN TOTALS | $723,143.08 | $180,146.28 |
| Less: Bank Transfers/CD's | $23,143.08 | $0.00 |
| Subtotal | $700,000.00 | $180,146.28 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $700,000.00 | $180,146.28 |

Page Subtotals:  $300,000.00  $122,219.53

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 15-80031

Case Name: JOSEPH F. CONTARINO

Taxpayer ID No: XX-XXX4700

For Period Ending: 10/13/2017

Trustee Name: BERNARD J. NATALE

Bank Name: Rabobank, N.A.

Account Number/CD#: XXXXXX66

Checking Account

Blanket Bond (per case limit): $3,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/19/15 | 7 | Joseph F. Contarino Revocable Trust 12933 Melrose Road Caledonia, IL 61011 | Funds from Checking Account | 1129-000 | $784.81 | | $784.81 |
| 02/19/15 | 8 | Joseph F. Contarino Trust 12933 Melrose Road Caledonia, IL 61011 | Funds from Checking Account | 1129-000 | $3,918.61 | | $4,703.42 |
| 02/19/15 | 9 | Joseph F. Contarino 990 Cape Marco Drive Unit 805 Marco Island, FL 34145 | Funds from Florida Checking Acct | 1129-000 | $4,955.00 | | $9,658.42 |
| 02/19/15 | 29 | Joseph F. Contarino 990 Cape Marco Drive Unit 805 Marco Island, FL 34145 | Funds from Real Estate Commissions | 1129-000 | $8,878.12 | | $18,536.54 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.00 | $18,526.54 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $28.42 | $18,498.12 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $26.60 | $18,471.52 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $25.68 | $18,445.84 |
| 06/08/15 | 101 | INTERNATIONAL SURETIES, LTD SUITE 420 701 POYDRAS STREET NEW ORLEANS, LA 70139 | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/08/2015 FOR CASE #15-80031, BOND #016018067 | 2300-000 | | ($31.36) | $18,477.20 |
| 06/08/15 | 101 | INTERNATIONAL SURETIES, LTD SUITE 420 701 POYDRAS STREET NEW ORLEANS, LA 70139 | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/08/2015 FOR CASE #15-80031, BOND #016018067 | 2300-000 | | $31.36 | $18,445.84 |
| 06/08/15 | 102 | INTERNATIONAL SURETIES, LTD SUITE 420 701 POYDRAS STREET NEW ORLEANS, LA 70139 | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/08/2015 FOR CASE #15-80031, BOND #016018067 | 2300-000 | | $33.27 | $18,412.57 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $28.27 | $18,384.30 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $27.32 | $18,356.98 |

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*                    Page Subtotals:                    $18,536.54          $179.56

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | | |
|---|---|---|
| Case No: 15-80031 | Trustee Name: BERNARD J. NATALE | |
| Case Name: JOSEPH F. CONTARINO | Bank Name: Rabobank, N.A. | |
| | Account Number/CD#: XXXXXX66 | |
| | Checking Account | |
| Taxpayer ID No: XX-XXX4700 | Blanket Bond (per case limit): $3,000.00 | |
| For Period Ending: 10/13/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $25.52 | $18,331.46 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $28.12 | $18,303.34 |
| 10/13/15 | | Blackhawk Bank<br><br>Beloit, WI  53511 | Settlement Funds Re: Compromise with Blackhawk Bank | | $5,000.00 | | $23,303.34 |
| | | | Gross Receipts $5,000.00 | | | | |
| | 25 | | Joe Contarino, Inc. value - $2,234,447.00 $2,500.00 | 1129-000 | | | |
| | 26 | | Maplecrest Builders, LLC $2,500.00 | 1129-000 | | | |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $30.16 | $23,273.18 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $32.35 | $23,240.83 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $36.77 | $23,204.06 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $32.17 | $23,171.89 |
| 02/24/16 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank Service Fee | 2600-000 | | $28.81 | $23,143.08 |
| 02/24/16 | | Transfer to Acct # xxxxxx8095 | Transfer of Funds | 9999-000 | | $23,143.08 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $23,536.54 | $23,536.54 |
| Less: Bank Transfers/CD's | $0.00 | $23,143.08 |
| Subtotal | $23,536.54 | $393.46 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $23,536.54 | $393.46 |

UST Form 101-7-TFR (5/1/2011) *(Page: 10)*

Page Subtotals:      $5,000.00      $23,356.98

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX66   - Checking Account | $23,536.54 | $393.46 | $0.00 |
| XXXXXX8095 - Checking | $700,000.00 | $180,146.28 | $542,996.80 |
| | $723,536.54 | $180,539.74 | $542,996.80 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $723,536.54 |
| Total Gross Receipts: | $723,536.54 |

Exhibit C

## ANALYSIS OF CLAIMS REGISTER

Case Number: 3:15-80031-TML                                                                 Date: October 13, 2017

Debtor Name: JOSEPH F. CONTARINO

Claims Bar Date: 5/14/2015

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|--------|---------------------------|-------------|-------|-----------|---------|---------|
| 100 2100 | BERNARD J. NATALE<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENTER<br>ROCKFORD, IL  61107 | Administrative | | $0.00 | $39,426.83 | $39,426.83 |
| TRTEE XP 100 2200 | BERNARD J. NATALE<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENTER<br>ROCKFORD, IL  61107 | Administrative | | $0.00 | $17.29 | $17.29 |
| ATTYF FAPP 100 3110 | BERNARD J. NATALE LTD<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENER<br>ROCKFORD, IL  61107 | Administrative | | $0.00 | $14,105.00 | $14,105.00 |
| 1st Atty Fee 100 3110 | BERNARD J. NATALE LTD<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENER<br>ROCKFORD, IL  61107 | Administrative | | $0.00 | $52,918.75 | $52,918.75 |
| ATTYF FEXP 100 3120 | BERNARD J. NATALE LTD<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENER<br>ROCKFORD, IL  61107 | Administrative | | $0.00 | $12.20 | $12.20 |
| 1st Atty Exp 100 3120 | BERNARD J. NATALE LTD<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENER<br>ROCKFORD, IL  61107 | Administrative | | $0.00 | $49.86 | $49.86 |
| SPECC OUN 100 3210 | CRAIG WILLETTE<br>YALDEN, OLSEN & WILLETTE<br>1318 E STATE STREET<br>ROCKFORD, IL  61104 | Administrative | Per Order Entered on 08/25/17 | $0.00 | $20,150.00 | $20,150.00 |
| SCEXP 100 3220 | CRAIG WILLETTE<br>YALDEN, OLSEN & WILLETTE<br>1318 E STATE STREET<br>ROCKFORD, IL  61104 | Administrative | Per Order Entered 08/25/17 | $0.00 | $531.00 | $531.00 |
| BOND 199 2300 | LTD INTERNATIONAL<br>SURETIES<br>SUITE 420<br>701 POYDRAS STREET<br>NEW ORLEANS, LA  70139 | Administrative | | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 12)*

Exhibit C

## ANALYSIS OF CLAIMS REGISTER

Case Number: 3:15-80031-TML                                                                          Date: October 13, 2017

Debtor Name: JOSEPH F. CONTARINO

Claims Bar Date: 5/14/2015

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|--------|---------------------------|-------------|-------|-----------|---------|---------|
| BOND 199 2300 | LTD INTERNATIONAL SURETIES SUITE 420 701 POYDRAS STREET NEW ORLEANS, LA 70139 | Administrative | | $0.00 | $33.27 | $33.27 |
| 4-1 400 4110 | BMO Harris Bank N. A. c/o Carlson Dash LLC 216 S. Jefferson Street,Suite 504 Chicago, IL 60661 | Secured | Objection to claim was withdrawn.  Secured Portion of Claim was paid $100,000 per Court Order. | $0.00 | $1,396,036.77 | $1,396,036.77 |
| 11 400 4110 | First State Bank % Hewitt & Wagner 1124 Lincoln Highway Rochelle IL 61068 | Secured | | $0.00 | $0.00 | $0.00 |
| 1U 610 7100 | Equimax Mortgage and Loan c/o Edmond M. Burke 30 S. Wacker Drive, Suite 2600 Chicago, IL 60606 | Unsecured | Objection to claim was withdrawn. | $0.00 | $1,588,217.54 | $1,588,217.54 |
| 2-3 610 7100 | First State Bank fka Lincoln State c/o Hewitt & Wagner 1124 Lincoln Highway Rochelle, IL 61068 | Unsecured | Original claim was amended.  Objection to claim was withdrawn. | $0.00 | $49,099.65 | $49,099.65 |
| 3-2 610 7100 | Blackhawk Bank c/o George P. Hampilos,Hampilos & Langley, Ltd.,308 West State Street #210 Rockford, IL 61101 | Unsecured | Amended Claim filed on 02/05/16 amending amount. | $0.00 | $3,207,820.12 | $3,207,820.12 |
| 4-2 610 7100 | BMO Harris Bank N. A. c/o Carlson Dash LLC 216 S. Jefferson Street,Suite 504 Chicago, IL 60661 | Unsecured | | $0.00 | $1,296,036.77 | $1,296,036.77 |
| 5 610 7100 | Gateway Community Bank c/o Attorney Michael G. Schultz,Reno & Zahm LLP,2902 McFarland Road, Suite 400 Rockford, IL 61107 | Unsecured | Objection to claim is sustained and claim is denied in its entirety. Objection Notes: Claim was liquidated by consent foreclosure without reservation of unsecured balance. | $0.00 | $985,869.01 | $0.00 |
| 6 610 7100 | State Bank of Freeport Randall & Kenig LLP 455 N Cityfront Plaza Drive- Suite 2510 Chicago, IL 60611 | Unsecured | Order entered on July 18th denying this claim in its entirety. | $0.00 | $644,259.01 | $0.00 |

Exhibit C

## ANALYSIS OF CLAIMS REGISTER

Case Number: 3:15-80031-TML                                                                  Date: October 13, 2017

Debtor Name: JOSEPH F. CONTARINO

Claims Bar Date: 5/14/2015

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 7 610 7100 | Byron Bank 200 North Walnut Street Byron, IL 61010 | Unsecured | Pursuant to Order entered 6/24/16 this claim is denied in its entirety. | $0.00 | $1,914,305.49 | $0.00 |
| 8-2 610 7100 | Midwest Community Bank c/o Richard G. Larsen,Springer Brown, LLC,400 S County Farm Rd. Ste 330 Wheaton, IL 60187 | Unsecured | Amended Claim 8-2 was filed on 06/21/16 amending the amount of claim. Original objection to claim filed by the Trustee was withdrawn. | $0.00 | $4,097,188.47 | $4,097,188.47 |
| 9 610 7100 | Rockford Bank & Trust Hinshaw et al/Devin Noble 100 Park Avenue,POB 1389 Rockford, IL 61105 | Unsecured | | $0.00 | $4,663,121.89 | $0.00 |
| 10 610 7100 | Dr. Mark Carlson Erik Carlson,Brassfield, Krueger et al,1491 S Bell School Rd Rockford, IL 61108 | Unsecured | | $0.00 | $28,021.81 | $28,021.81 |
| 1S 950 4110 | Equimax Mortgage and Loan c/o Edmond M. Burke 30 S. Wacker Drive, Suite 2600 Chicago, IL 60606 | Secured | Claim was amended. Objection Notes: The claim was filed as secured in certain assets of the estate that are not being administered by the trustee. In addition, the creditor has failed to seek a valuation of its security and is therefore not entitled to have allowed a claim to be treated for distribution purposes in this estate. The creditor should look to its specific collateral in satisfaction of its secured claim. | $0.00 | $550,000.00 | $0.00 |
| | Case Totals | | | $0.00 | $20,547,220.73 | $11,789,665.33 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-80031
Case Name: JOSEPH F. CONTARINO
Trustee Name: BERNARD J. NATALE

Balance on hand $ 542,996.80

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1S | Equimax Mortgage and Loan | $ 550,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 4-1 | BMO Harris Bank N. A. | $ 1,396,036.77 | $ 1,396,036.77 | $ 100,000.00 | $ 0.00 |

Total to be paid to secured creditors $ 0.00

Remaining Balance $ 542,996.80

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BERNARD J. NATALE | $ 39,426.83 | $ 0.00 | $ 39,426.83 |
| Trustee Expenses: BERNARD J. NATALE | $ 17.29 | $ 0.00 | $ 17.29 |
| Attorney for Trustee Fees: BERNARD J. NATALE LTD | $ 67,023.75 | $ 52,918.75 | $ 14,105.00 |
| Attorney for Trustee Expenses: BERNARD J. NATALE LTD | $ 62.06 | $ 49.86 | $ 12.20 |
| Other: CRAIG WILLETTE | $ 20,150.00 | $ 20,150.00 | $ 0.00 |
| Other: CRAIG WILLETTE | $ 531.00 | $ 531.00 | $ 0.00 |
| Other: LTD INTERNATIONAL SURETIES | $ 33.27 | $ 33.27 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 53,561.32 |
| Remaining Balance | $ | 489,435.48 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 10,266,384.36  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U | Equimax Mortgage and Loan | $ 1,588,217.54 | $ 0.00 | $ 75,716.04 |
| 2-3 | First State Bank fka Lincoln State | $ 49,099.65 | $ 0.00 | $ 2,340.76 |
| 3-2 | Blackhawk Bank | $ 3,207,820.12 | $ 0.00 | $ 152,928.33 |
| 4-2 | BMO Harris Bank N. A. | $ 1,296,036.77 | $ 0.00 | $ 61,786.74 |
| 5 | Gateway Community Bank | $ 0.00 | $ 0.00 | $ 0.00 |
| 6 | State Bank of Freeport | $ 0.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 7 | Byron Bank | $ 0.00 | $ 0.00 | $ 0.00 |
| 8-2 | Midwest Community Bank | $ 4,097,188.47 | $ 0.00 | $ 195,327.72 |
| 10 | Dr. Mark Carlson | $ 28,021.81 | $ 0.00 | $ 1,335.89 |

Total to be paid to timely general unsecured creditors $ 489,435.48

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid _pro rata_ only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid _pro rata_ only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE