# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### WESTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| JOSEPH F. CONTARINO | § | Case No. 15-80031 |
| | § | |
| Debtor | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BERNARD J. NATALE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

United States Bankruptcy Court
Northern District of Illinois
Western Division
327 S. Church Street, Room 1100
Rockford, IL  61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 11/06/2017 in Courtroom 3100,

United States Bankruptcy Court
327 S Church Street
Rockford IL 61101

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: __10/13/2017_____      By: _/S/ BERNARD J. NATALE_____
                                              TRUSTEE

*BERNARD J. NATALE*
*1639 N ALPINE RD SUITE 401*
*EDGEBROOK OFFICE CENTER*
*ROCKFORD, IL 61107*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

In re:  §
 §
JOSEPH F. CONTARINO  §   Case No. 15-80031
 §
Debtor  §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 723,536.54 |
| and approved disbursements of | $ | 180,539.74 |
| leaving a balance on hand of[1] | $ | 542,996.80 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1S | Equimax Mortgage and Loan | $ 550,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 4-1 | BMO Harris Bank N. A. | $ 1,396,036.77 | $ 1,396,036.77 | $ 100,000.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors | $ 0.00 |
| Remaining Balance | $ 542,996.80 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BERNARD J. NATALE | $ 39,426.83 | $ 0.00 | $ 39,426.83 |
| Trustee Expenses: BERNARD J. NATALE | $ 17.29 | $ 0.00 | $ 17.29 |
| Attorney for Trustee Fees: BERNARD J. NATALE LTD | $ 67,023.75 | $ 52,918.75 | $ 14,105.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Trustee Expenses: BERNARD J. NATALE LTD | $ 62.06 | $ 49.86 | $ 12.20 |
| Other: CRAIG WILLETTE | $ 20,150.00 | $ 20,150.00 | $ 0.00 |
| Other: CRAIG WILLETTE | $ 531.00 | $ 531.00 | $ 0.00 |
| Other: LTD INTERNATIONAL SURETIES | $ 33.27 | $ 33.27 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses          $          53,561.32

Remaining Balance          $          489,435.48

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 10,266,384.36  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  4.8  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1U | Equimax Mortgage and Loan | $ 1,588,217.54 | $ 0.00 | $ 75,716.04 |
| 2-3 | First State Bank fka Lincoln State | $ 49,099.65 | $ 0.00 | $ 2,340.76 |
| 3-2 | Blackhawk Bank | $ 3,207,820.12 | $ 0.00 | $ 152,928.33 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 4-2 | BMO Harris Bank N. A. | $ 1,296,036.77 | $ 0.00 | $ 61,786.74 |
| 5 | Gateway Community Bank | $ 0.00 | $ 0.00 | $ 0.00 |
| 6 | State Bank of Freeport | $ 0.00 | $ 0.00 | $ 0.00 |
| 7 | Byron Bank | $ 0.00 | $ 0.00 | $ 0.00 |
| 8-2 | Midwest Community Bank | $ 4,097,188.47 | $ 0.00 | $ 195,327.72 |
| 10 | Dr. Mark Carlson | $ 28,021.81 | $ 0.00 | $ 1,335.89 |

Total to be paid to timely general unsecured creditors      $_____489,435.48

Remaining Balance      $_____0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /S/ BERNARD J. NATALE
TRUSTEE

*BERNARD J. NATALE*
*1639 N ALPINE RD SUITE 401*
*EDGEBROOK OFFICE CENTER*
*ROCKFORD, IL 61107*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | IN BANKRUPTCY |
| | ) | |
| **JOSEPH F. CONTARINO** | ) | CASE NO: 15-80031 |
| DEBTOR(S) | ) | |
| | ) | CHAPTER 7 |

<u>APPLICATION OF TRUSTEE'S COUNSEL OF OTHER PROFESSIONALS
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES</u>

TO:  HONORABLE THOMAS M. LYNCH, BANKRUPTCY JUDGE, FOR THE UNITED
STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, WESTERN
DIVISION

BERNARD J. NATALE, counsel for the Trustee pursuant to 11 U.S.C. §330 and FRBP
2016 submits this application for compensation and reimbursement of expenses and represents to
the Court as follows:

1.     An order for relief under Chapter 7 was entered on January 8, 2015. This Court
on March 11, 2015 authorized the employment of the Applicant to serve as counsel for the Trustee.
Counsel has received $52,918.75 in previously awarded compensation and reimbursement of
expenses.

2.     Applicant requests $14,105.00 in  compensation  for 40.30 hours  of  services
performed  for  the  period of 02/01/17 through 09/30/17, and reimbursement of actual expenses in
the amount of $12.20.

3.     A description of the nature of the services rendered by the Applicant is as follows:

See Exhibit F-1, attached hereto.

4.     Attached as Exhibit F-1 is an itemized statement of the legal services rendered. The
statement reflects the legal services rendered, the person who performed those services and a
description of the work performed.

1

5.      The time expended and services rendered by the Applicant is summarized as follows:

| Attorney | Hours | Hourly Rate | Total |
|----------|-------|-------------|-------|
| BERNARD J. NATALE | 40.30 | $350 | $14,105.00 |

6.      Attached as Exhibit F-2 is an itemized statement of the actual expenses incurred by the Applicant.

7.      Based on the nature, extent and value of services performed by the Applicant, the results achieved, and the costs of comparable services, the compensation and reimbursement of expenses sought are fair and reasonable.

8.      At all times during Applicant's representation of the Trustee, Applicant was a disinterested person and neither represented nor held an interest adverse to the estate with respect to matters on which Applicant was employed.

9.      WHEREFORE, Applicant requests that it be awarded reasonable compensation of $14,105.00 and reimbursement of actual and necessary expenses of $12.20 for legal services rendered in this case.

Dated: October 2, 2017

RESPECTFULLY SUBMITTED,


BY: /S/      BERNARD J. NATALE
      BERNARD J. NATALE, TRUSTEE
      BERNARD J. NATALE, LTD
      EDGEBROOK OFFICE CENTER
      1639 N ALPINE ROAD, SUITE 401
      ROCKFORD, ILLINOIS 61107
      PHONE: 815-964-4700

2

# Bernard J Natale, Ltd

**1639 N Alpine Road**
**Rockford IL 61107**

Phone (815) 964-4700

**Statement**

| DATE |
| --- |
| **10/2/2017** |

Joseph F. Contarino
% Bernard J Natale, Trustee
Attorney Services-BJN

| ACCT NO. | AMOUNT DUE |
| --- | --- |
| **15.009** | **$14,105.00** |

| DATE | DESCRIPTION | NUMBER | RATE | AMOUNT | BALANCE |
| --- | --- | --- | --- | --- | --- |
| 01/31/2017 | Balance forward | | | | 0.00 |
| 02/01/2017 | Telephone Conference with Attorney Hampilos Re: Mediation Status and Other Pending Issues | 0.2 | 350.00 | 70.00 | 70.00 |
| 02/06/2017 | Receipt and Review E-mail Correspondence from Attorney Willette Re: BMO Harris Status of Settlement | 0.2 | 350.00 | 70.00 | 140.00 |
| 02/08/2017 | Preparation of Notice, Application for Award of Interim Attorney Fees and Expenses and Order Re: Same, Review, Edit and Revise Same | 1.25 | 350.00 | 437.50 | 577.50 |
| 02/09/2017 | Telephone Conference with Attorney Willette Re: Preference Claim, Discovery Schedule, Motion to Sell Free and Clear of Liens, and BMO Offer to Compromise | 0.3 | 350.00 | 105.00 | 682.50 |
| 02/09/2017 | Receipt and Review E-mail Correspondence from Attorney Wasserman Re: 2/15/17 Status Hearing | 0.2 | 350.00 | 70.00 | 752.50 |
| 02/14/2017 | Receipt and Review E-mail Correspondence from Attorney Willette to Attorney Wasserman Re: Adversary Status and Discovery Dates | 0.2 | 350.00 | 70.00 | 822.50 |
| 02/15/2017 | Court Appearance Re: Trustee's Motion to Sell Property, and Trustee's Adversary Preference Complaint, Conference with Attorneys Stevens and Willette Re: All Pending Matters, Conference with Attorney Hampilos Re: Same | 1.3 | 350.00 | 455.00 | 1,277.50 |

| AMOUNT DUE |
| --- |
| **$14,105.00** |

Page 1

# Bernard J Natale, Ltd

**1639 N Alpine Road**
**Rockford IL 61107**

Phone (815) 964-4700

**Statement**

| DATE |
|------|
| **10/2/2017** |

Joseph F. Contarino
% Bernard J Natale, Trustee
Attorney Services-BJN

| ACCT NO. | AMOUNT DUE |
|----------|------------|
| **15.009** | **$14,105.00** |

| DATE | DESCRIPTION | NUMBER | RATE | AMOUNT | BALANCE |
|------|-------------|--------|------|--------|---------|
| 02/27/2017 | **Receipt and Review E-mail Correspondence from Attorney Willette with Enclosed Rule 7026 Disclosure, Statement Draft, Correspondence to Attorneys Wasserman and Carlson, BMO Notice and BMO Motion to Dismiss, and Memorandum in Support, Review all Documents Re: Same** | 1.15 | 350.00 | 402.50 | 1,680.00 |
| 02/28/2017 | **Receipt and Review E-mail Correspondence from Attorney Willette to Attorney Stevens with Enclosed Draft Motion to Sell Free and Clear of Liens, Review Same** | 0.4 | 350.00 | 140.00 | 1,820.00 |
| 03/01/2017 | **E-mail Correspondence to Attorney Willette Re: BMO Preference Litigation and Settlement Offer** | 0.25 | 350.00 | 87.50 | 1,907.50 |
| 03/01/2017 | **Receipt and Review E-mail Correspondence from Attorney Willette to Attorney Stevens with Enclosed Revised Draft Motion to Sell, Review Same** | 0.4 | 350.00 | 140.00 | 2,047.50 |
| 03/08/2017 | **Review Trustee's Brief in Response to BMO Harris Motion to Strike** | 0.5 | 350.00 | 175.00 | 2,222.50 |
| 03/08/2017 | **Conference with Attorneys Willette and Wasserman Re: Status of All Pending Matters, Court Appearance Re: Application for Award of Interim Compensation, Continued Hearing on Trustee's Motion to Sell Real Property and Preference Adversary Complaint Re: BMO Harris** | 1 | 350.00 | 350.00 | 2,572.50 |

| AMOUNT DUE |
|------------|
| **$14,105.00** |

# Bernard J Natale, Ltd

**1639 N Alpine Road**
**Rockford IL 61107**
Phone (815) 964-4700

**Statement**

| DATE |
| :---: |
| **10/2/2017** |

Joseph F. Contarino
% Bernard J Natale, Trustee
Attorney Services-BJN

| ACCT NO. | AMOUNT DUE |
| :---: | :---: |
| **15.009** | **$14,105.00** |

| DATE | DESCRIPTION | NUMBER | RATE | AMOUNT | BALANCE |
| :---: | :--- | :---: | :---: | :---: | :---: |
| 03/16/2017 | Receipt and Review BMO Harris Defendent's Rule 2026(a) Disclosures Re: Preference Complaint | 0.4 | 350.00 | 140.00 | 2,712.50 |
| 03/17/2017 | Receipt and Review E-mail Correspondence from Attorney Willette with Enclosed Trustee's Memorandum in Opposition to BMO Harris Motion to Dismiss Adversary Preference Complaint, Review Memorandum | 0.45 | 350.00 | 157.50 | 2,870.00 |
| 03/21/2017 | Receipt and Review Correspondence from Attorney Wasserman to Attorney Willette Re: BMO Position Paper and Offer to Settle Trustee's Preference Complaint | 0.35 | 350.00 | 122.50 | 2,992.50 |
| 03/30/2017 | Receipt and Review BMO Harris Objection to Trustee's Motion to Sell Property Free and Clear of Liens | 0.4 | 350.00 | 140.00 | 3,132.50 |
| 04/03/2017 | Court Appearance Re: Continued Hearing Motion to Sale Property Free and Clear of Liens and Status Hearing on Preference Complaint, Conference with Attorneys Stevens and Willette Re: All Pending Matters | 1 | 350.00 | 350.00 | 3,482.50 |
| 04/05/2017 | Receipt and Review E-mail Correspondence from  Attorney Willette Re: BMO Offer and Compromise with Attached Draft Response to BMO Objection to Trustee's Motion to Sell Free & Clear of Liens | 0.7 | 350.00 | 245.00 | 3,727.50 |

| AMOUNT DUE |
| :---: |
| **$14,105.00** |

# Bernard J Natale, Ltd

**Statement**

**1639 N Alpine Road**
**Rockford IL 61107**

Phone (815) 964-4700

| DATE |
| --- |
| **10/2/2017** |

Joseph F. Contarino
% Bernard J Natale, Trustee
Attorney Services-BJN

| ACCT NO. | AMOUNT DUE |
| --- | --- |
| **15.009** | **$14,105.00** |

| DATE | DESCRIPTION | NUMBER | RATE | AMOUNT | BALANCE |
| --- | --- | --- | --- | --- | --- |
| 04/11/2017 | **Drafting Trustee's Limited Objection to BMO Harris Amendment to Claim No: 4-2, Review, Edit and Revise Objection** | 0.4 | 350.00 | 140.00 | 3,867.50 |
| 04/11/2017 | **Continued Preparation of Trustee's Limited Objection to BMO Harris Amendment to Claim No: 4-2, Drafting Order Sustaining Objection Re: Same** | 0.9 | 350.00 | 315.00 | 4,182.50 |
| 04/11/2017 | **Receipt and Review E-mail Correspondence from Attorney Willette with Enclosed Response to BMO Objection to Trustee's Motion to Sell Free & Clear of Liens, Review Same** | 0.4 | 350.00 | 140.00 | 4,322.50 |
| 04/12/2017 | **Receipt and Review E-mail from Attorney Willette Re: Trustee's Objection to BMO's Amended Claim, Review Same** | 0.2 | 350.00 | 70.00 | 4,392.50 |
| 04/12/2017 | **Continued Preparation of Objection to Amended Claim of BMO Harris Bank and Order Re: Same** | 0.75 | 350.00 | 262.50 | 4,655.00 |
| 04/13/2017 | **Receipt and Review Debtor's Reply in Support of Trustee's Motion to Sell Property Free & Clear of Liens** | 0.6 | 350.00 | 210.00 | 4,865.00 |
| 04/17/2017 | **Receipt and Review Blackhawk Bank's Reponse in Support of Trustee's Motion to Sell Property Free & Clear of Liens** | 0.2 | 350.00 | 70.00 | 4,935.00 |
| 04/26/2017 | **Conference with Attorney Wasserman Re: Multiple Pending Issues** | 0.25 | 350.00 | 87.50 | 5,022.50 |

| AMOUNT DUE |
| --- |
| **$14,105.00** |

# Bernard J Natale, Ltd

**1639 N Alpine Road**
**Rockford IL 61107**
Phone (815) 964-4700

**Statement**

| DATE |
|------|
| **10/2/2017** |

Joseph F. Contarino
% Bernard J Natale, Trustee
Attorney Services-BJN

| ACCT NO. | AMOUNT DUE |
|----------|-----------|
| **15.009** | **$14,105.00** |

| DATE | DESCRIPTION | NUMBER | RATE | AMOUNT | BALANCE |
|------|-------------|--------|------|--------|---------|
| 05/02/2017 | Receipt and Review E-mail Correspondence from Attorney Willette Re: Case Status, Preference Complaint and Strategies on Negotiations | 0.2 | 350.00 | 70.00 | 5,092.50 |
| 05/03/2017 | E-mail Correspondence to Attorney Willette Re: Settlement Discussions and Recent Conversations with Attorney Wasserman Re: Miscellaneous and All Pending Matters | 0.25 | 350.00 | 87.50 | 5,180.00 |
| 05/03/2017 | Conference with Attorneys Wasserman and Willette Re: Settlement Discussions on All Pending Issues, Conference with Attorney Hampilos Re: Status of Settlement Discussions, Conference with Attorney Stevens Re: Status of Settlement Discussions, Court Appearance Re: Status and Decision on BMO Preference Complaint and Trustee's Motion to Sell Property Free and Clear of Liens, Group Conference with Attorneys Willette, Stevens and Wasserman Re: Continued Settlement Negotiations | 1.75 | 350.00 | 612.50 | 5,792.50 |
| 05/03/2017 | E-mail Correspondence to Attorney Willette Re: Structure of Proposed Settlement | 0.25 | 350.00 | 87.50 | 5,880.00 |
| 05/03/2017 | Receipt and Review E-mail Response from Attorney Willette Re: Structure of Proposed Settlement | 0.2 | 350.00 | 70.00 | 5,950.00 |

| AMOUNT DUE |
|-----------|
| **$14,105.00** |

# Bernard J Natale, Ltd

**1639 N Alpine Road**
**Rockford IL 61107**

Phone (815) 964-4700

**Statement**

| DATE |
|------|
| 10/2/2017 |

Joseph F. Contarino
% Bernard J Natale, Trustee
Attorney Services-BJN

| ACCT NO. | AMOUNT DUE |
|----------|------------|
| 15.009 | $14,105.00 |

| DATE | DESCRIPTION | NUMBER | RATE | AMOUNT | BALANCE |
|------|-------------|--------|------|--------|---------|
| 05/12/2017 | Receipt and Review E-mail Correspondence from Attorney Willette to Attorney Wasserman Re: Settlement Status | 0.2 | 350.00 | 70.00 | 6,020.00 |
| 05/15/2017 | Receipt and Review E-mail Correspondence from Attorney Willette Re: Settlement | 0.2 | 350.00 | 70.00 | 6,090.00 |
| 05/15/2017 | Receipt and Review E-mail Correspondence from Attorney Willette to Attorney Stevens Re: BMO's Request for Release as Part of Settlement Structure | 0.2 | 350.00 | 70.00 | 6,160.00 |
| 05/15/2017 | Receipt and Review E-mail Correspondence from Attorney Willette to Attorney Wasserman Re: Settlement Structure | 0.2 | 350.00 | 70.00 | 6,230.00 |
| 05/15/2017 | Receipt and Review E-mail Correspondence from Attorney Willette to Attorneys Stevens and Wasserman Re: Structure of Settlement Agreement | 0.2 | 350.00 | 70.00 | 6,300.00 |
| 05/15/2017 | Receipt and Review E-mail Correspondence from Attorney Wasserman to Attorneys Willette and Stevens Re: Settlement Agreement and BMO Release | 0.2 | 350.00 | 70.00 | 6,370.00 |
| 05/15/2017 | Receipt and Review E-mail Correspondence from Attorney Willette with Enclosed Draft Settlement Agreement, Review Same | 0.8 | 350.00 | 280.00 | 6,650.00 |

| AMOUNT DUE |
|------------|
| $14,105.00 |

# Bernard J Natale, Ltd

**Statement**

**1639 N Alpine Road**
**Rockford IL 61107**

Phone (815) 964-4700

| DATE |
|------|
| 10/2/2017 |

Joseph F. Contarino
% Bernard J Natale, Trustee
Attorney Services-BJN

| ACCT NO. | AMOUNT DUE |
|----------|------------|
| 15.009 | $14,105.00 |

| DATE | DESCRIPTION | NUMBER | RATE | AMOUNT | BALANCE |
|------|-------------|--------|------|--------|---------|
| 05/15/2017 | E-mail Correspondence to Attorney Willette Re: Draft Settlement Agreement, Receive Reply Re: Same Re: BMO Request for Release | 0.4 | 350.00 | 140.00 | 6,790.00 |
| 05/18/2017 | Receipt and Review E-mail Correspondence from Attorney Stevens Re: Settlement Agreement, and Release of Claims | 0.2 | 350.00 | 70.00 | 6,860.00 |
| 05/18/2017 | Receipt and Review Additional E-mail Correspondence from Attorney Willette Re: BMO's Preferred Structure for Settlement Agreements being Separate Between Trustee and Debtor, and Release of Claims | 0.25 | 350.00 | 87.50 | 6,947.50 |
| 05/19/2017 | Receipt and Review E-mail Correspondence from Attorney Willette with Enclosed Multiple Settlement Agreement between Debtor and Trustee, Review Same | 0.75 | 350.00 | 262.50 | 7,210.00 |
| 05/24/2017 | Receipt and Review E-mail Correspondence from Attorney Willette with Enclosed BMO's Proposed Revisions to Settlement Agreement | 0.65 | 350.00 | 227.50 | 7,437.50 |
| 05/24/2017 | Receipt and Review E-mail Correspondence from Attorney Willette with Enclosed BMO Harris Motion for Extension of Time to File Answer to Complaint, Review Same | 0.4 | 350.00 | 140.00 | 7,577.50 |

| AMOUNT DUE |
|------------|
| $14,105.00 |

# Bernard J Natale, Ltd

**Statement**

**1639 N Alpine Road**
**Rockford IL 61107**

Phone (815) 964-4700

| DATE |
| --- |

**10/2/2017**

Joseph F. Contarino
% Bernard J Natale, Trustee
Attorney Services-BJN

| ACCT NO. | AMOUNT DUE |
| --- | --- |
| **15.009** | **$14,105.00** |

| DATE | DESCRIPTION | NUMBER | RATE | AMOUNT | BALANCE |
| --- | --- | --- | --- | --- | --- |
| 05/24/2017 | **Telephone Conference with Attorney Willette Re: Suggested Changes in Attorney Wasserman's Red-Line Version of Settlement Agreement** | 0.4 | 350.00 | 140.00 | 7,717.50 |
| 05/25/2017 | **Receipt and Review E-mail from Attorney Willette with Draft E-mail Correspondence to Attorney Wasserman Re: Changes to Settlement Agreement and Response to Attorney Willette Re: Same** | 0.4 | 350.00 | 140.00 | 7,857.50 |
| 05/25/2017 | **Receipt and Review E-mail from Attorney Willette to Attorneys Wasserman and Stevens Re: Changes to Settlement Agreement** | 0.25 | 350.00 | 87.50 | 7,945.00 |
| 05/31/2017 | **Telephone Conference with Attorney Willette Re: BMO's Suggested Changes to Settlement Agreement** | 0.3 | 350.00 | 105.00 | 8,050.00 |
| 06/01/2017 | **Receipt and Review E-mail Correspondence from Attorney Wasserman Re: Timing of Payments on Settlement** | 0.2 | 350.00 | 70.00 | 8,120.00 |
| 06/01/2017 | **Receipt and Review E-mail Correspondence from Attorney Willette Re: Proposed Changes to Settlement Re: Payment Dates and Delivery of Releases** | 0.2 | 350.00 | 70.00 | 8,190.00 |
| 06/01/2017 | **Receipt and Review Additional E-mail Correspondence from Attorney Willette to Attorneys Wasserman and Stevens Re: Changes to Settlement Agreement and Payment of Settlement Proceeds with Release of Lien** | 0.3 | 350.00 | 105.00 | 8,295.00 |

| AMOUNT DUE |
| --- |
| **$14,105.00** |

# Bernard J Natale, Ltd

**1639 N Alpine Road**
**Rockford IL 61107**
Phone (815) 964-4700

**Statement**

| DATE |
|------|
| **10/2/2017** |

Joseph F. Contarino
% Bernard J Natale, Trustee
Attorney Services-BJN

| ACCT NO. | AMOUNT DUE |
|----------|------------|
| **15.009** | **$14,105.00** |

| DATE | DESCRIPTION | NUMBER | RATE | AMOUNT | BALANCE |
|------|-------------|--------|------|--------|---------|
| 06/01/2017 | **Receipt and Review E-mail from Attorney Willette Re: Staggered Disbursements and Use of Metropolian Title for Closing** | 0.2 | 350.00 | 70.00 | 8,365.00 |
| 06/06/2017 | **Receipt and Review E-mail Correspondence from Attorney Willette with Enclosed Settlement Agreement with Trustee, Debtor and Spouse, Settlement Agreement Between BMO Harris and Trustee, Motion to Approve Compromise and Order to Approve Trustee's Compromise, Review Same** | 1.2 | 350.00 | 420.00 | 8,785.00 |
| 06/06/2017 | **E-mail Correspondence to Attorneys Willette, Wasserman and Stevens with Additional Changes to Settlement Agreements, Motions and Orders** | 0.3 | 350.00 | 105.00 | 8,890.00 |
| 06/08/2017 | **Receipt and Review E-mail Correspondence from Attorney Willette with Further Revisions to Settlement Agreement, Review Same, E-mail Response to Attorneys Willette, Wasserman and Stevens Re: Same** | 0.7 | 350.00 | 245.00 | 9,135.00 |
| 06/12/2017 | **Receipt and Review E-mail Correspondence from Attorney Willette with Enclosed E-mail Correspondence from Attorney Wasserman with BMO Harris Proposed Additional Changes to Settlement Agreement** | 0.4 | 350.00 | 140.00 | 9,275.00 |

| AMOUNT DUE |
|------------|
| **$14,105.00** |

# Bernard J Natale, Ltd

**1639 N Alpine Road**
**Rockford IL 61107**
Phone (815) 964-4700

**Statement**

| DATE |
|------|
| **10/2/2017** |

Joseph F. Contarino
% Bernard J Natale, Trustee
Attorney Services-BJN

| ACCT NO. | AMOUNT DUE |
|----------|------------|
| **15.009** | **$14,105.00** |

| DATE | DESCRIPTION | NUMBER | RATE | AMOUNT | BALANCE |
|------|-------------|--------|------|--------|---------|
| 06/12/2017 | Telephone Conference with Attorney Willette Re: Response to BMO Harris Further Demands to Settlement Agreement | 0.2 | 350.00 | 70.00 | 9,345.00 |
| 06/13/2017 | Telephone Conference with Attorney Hewitt Re: Trustee's Motion to Compromise Re: BMO Harris | 0.2 | 350.00 | 70.00 | 9,415.00 |
| 06/13/2017 | Receipt and Review E-mail Correspondence from Attorney Willette with Enclosed Final Settlement Agreement Between Trustee and BMO Harris, Review Same | 0.5 | 350.00 | 175.00 | 9,590.00 |
| 06/14/2017 | Court Appearance Re: Continued Hearing on Trustee's Objection to BMO Harris Amended Claim, Preference and All Other Matters, Conference with Attorney Stevens, Conference with Attorneys Wasserman and Willette | 1 | 350.00 | 350.00 | 9,940.00 |
| 06/17/2017 | Receipt and Review E-mail Correspondence from Attorney Willette with Enclosed Final Version of All Settlement Agreements, Review Same | 0.5 | 350.00 | 175.00 | 10115.00 |
| 06/20/2017 | Receipt and Review E-mail Correspondence from Attorney Wasserman to Attorney Stevens with Enclosed Draft of Release of Judgment Lien | 0.35 | 350.00 | 122.50 | 10237.50 |

| AMOUNT DUE |
|------------|
| **$14,105.00** |

# Bernard J Natale, Ltd

**1639 N Alpine Road**
**Rockford IL 61107**
Phone (815) 964-4700

**Statement**

| DATE |
|------|
| 10/2/2017 |

Joseph F. Contarino
% Bernard J Natale, Trustee
Attorney Services-BJN

| ACCT NO. | AMOUNT DUE |
|----------|------------|
| 15.009 | $14,105.00 |

| DATE | DESCRIPTION | NUMBER | RATE | AMOUNT | BALANCE |
|------|-------------|--------|------|--------|---------|
| 07/05/2017 | Court Appearance Re: Trustee's Motion to Compromise a Global Settlement and Status Hearing on AllI Other Pending Motions, Including Trustee's Objection to BMO Harris Bank Amended Claim, Conference with Attorney Stevens and Debtor, Conference with Attorneys Wasserman, Stevens and Willette | 1 | 350.00 | 350.00 | 10587.50 |
| 07/06/2017 | Receipt and Review E-mail Correspondence from Attorney Willette with Enclosed Draft Stipulation and Order Dismissing Adversary Complaint, Review Same | 0.4 | 350.00 | 140.00 | 10727.50 |
| 07/06/2017 | Receipt and Review E-mail Correspondence from Attorney Wasserman Re: Signed Sale Agreement | 0.2 | 350.00 | 70.00 | 10797.50 |
| 07/10/2017 | Receipt and Review E-mail Correspondence from Attorney Willette to Attorneys Stevens and Wasserman with Enclosed Revised Settlement Agreement | 0.3 | 350.00 | 105.00 | 10902.50 |
| 07/10/2017 | Receipt and Review E-mail Response from Attorney Stevens Re: Changes to Settlement Agreement | 0.2 | 350.00 | 70.00 | 10972.50 |
| 07/11/2017 | Receipt and Review E-mail Correspondence from Attorney Willette to Attorney Wasserman Re: Changes to Settlement Agreement | 0.2 | 350.00 | 70.00 | 11042.50 |

| AMOUNT DUE |
|------------|
| $14,105.00 |

# Bernard J Natale, Ltd

**1639 N Alpine Road
Rockford IL 61107**
Phone (815) 964-4700

**Statement**

| DATE |
| --- |
| **10/2/2017** |

Joseph F. Contarino
% Bernard J Natale, Trustee
Attorney Services-BJN

| | ACCT NO. | AMOUNT DUE |
| --- | --- | --- |
| | **15.009** | **$14,105.00** |

| DATE | DESCRIPTION | NUMBER | RATE | AMOUNT | BALANCE |
| --- | --- | --- | --- | --- | --- |
| 07/11/2017 | Receipt and Review E-mail Correspondence from Attorney Wasserman to Attorney Stevens Re: Circulated Changes, Including Legal Description in Settlement Agreement | 0.2 | 350.00 | 70.00 | 11112.50 |
| 07/17/2017 | Receipt and Review E-mail Correspondence from Attorney Steven's Office to Title Company with Enclosed Proposed Partial Release of Judgment Liens Re: Melrose Road, Review Same | 0.35 | 350.00 | 122.50 | 11235.00 |
| 07/17/2017 | Telephone Conference with Attorney Stevens Re: Settlement Closing | 0.2 | 350.00 | 70.00 | 11305.00 |
| 07/17/2017 | E-mail Correspondence to Attorney Steven's Office Re: Closing | 0.2 | 350.00 | 70.00 | 11375.00 |
| 07/17/2017 | Receipt and Review E-mail Correspondence Jerry D. Hayden Re: Wire Instructions, Reply to Same | 0.2 | 350.00 | 70.00 | 11445.00 |
| 07/18/2017 | Telephone Conference with Attorney Stevens Re: Settlement Closing Issues | 0.3 | 350.00 | 105.00 | 11550.00 |
| 07/18/2017 | Receipt and Review E-mail Correspondence from Attorney Stevens Re: Closing Issues | 0.2 | 350.00 | 70.00 | 11620.00 |
| 07/18/2017 | Telephone Conference with Attorney Wasserman Re: Closing Issues Disputes Between Debtor and BMO Harris | 0.3 | 350.00 | 105.00 | 11725.00 |
| 07/18/2017 | E-mail Correspondence to Attorneys Wasserman and Stevens Re: Closing Procedures Initiated by Trustee Resolving Outstanding Dispute | 0.35 | 350.00 | 122.50 | 11847.50 |

| AMOUNT DUE |
| --- |
| **$14,105.00** |

# Bernard J Natale, Ltd

**Statement**

1639 N Alpine Road
Rockford IL 61107

Phone (815) 964-4700

| DATE |
| --- |

**10/2/2017**

Joseph F. Contarino
% Bernard J Natale, Trustee
Attorney Services-BJN

| | ACCT NO. | AMOUNT DUE |
| --- | --- | --- |
| | **15.009** | **$14,105.00** |

| DATE | DESCRIPTION | NUMBER | RATE | AMOUNT | BALANCE |
| --- | --- | --- | --- | --- | --- |
| 07/19/2017 | Receipt and Review E-mail Correspondence from Attorney Wasserman Re: Acceptable Procedures for Closing and Delivery of Partial Release | 0.2 | 350.00 | 70.00 | 11917.50 |
| 07/19/2017 | Receipt and Review Response from Attorney Stevens to Attorney Wasserman Re: Confirmation of Resolution on Settlement Closing Issues | 0.2 | 350.00 | 70.00 | 11987.50 |
| 07/19/2017 | E-mail Response to Attorney Wasserman Re: Agreement on Closing Issues | 0.2 | 350.00 | 70.00 | 12057.50 |
| 07/19/2017 | Receipt and Review E-mail Response from Attorney Wasserman with Enclosed Copy of Draft Executed Partial Release, Review Same | 0.4 | 350.00 | 140.00 | 12197.50 |
| 07/19/2017 | E-mail Correspondence to Attorneys Wasserman & Stevens Re: Execution of Settlement Agreement, Receipt of Funds, and Remaining Closing Issues | 0.25 | 350.00 | 87.50 | 12285.00 |
| 07/20/2017 | Correspondence to Attorney Stevens with Enclosed Fully Executed Settlement Agreement between Trustee, Debtor and Debtor's Spouse | 0.3 | 350.00 | 105.00 | 12390.00 |
| 07/20/2017 | Receipt and Review E-mail Correspondence from Attorney Stevens Re: BMO Payment | 0.2 | 350.00 | 70.00 | 12460.00 |
| 07/20/2017 | E-mail Reply to Attorney Stevens Re: BMO Payment | 0.15 | 350.00 | 52.50 | 12512.50 |

| AMOUNT DUE |
| --- |
| **$14,105.00** |

# *Bernard J Natale, Ltd*

**1639 N Alpine Road**
**Rockford IL 61107**

Phone (815) 964-4700

**Statement**

| DATE |
|------|

**10/2/2017**

Joseph F. Contarino
% Bernard J Natale, Trustee
Attorney Services-BJN

| ACCT NO. | AMOUNT DUE |
|----------|------------|
| **15.009** | **$14,105.00** |

| DATE | DESCRIPTION | NUMBER | RATE | AMOUNT | BALANCE |
|------|-------------|--------|------|--------|---------|
| 07/21/2017 | Receipt and Review E-mail Correspondence from Attorney Stevens Re: BMO Release of Lien | 0.1 | 350.00 | 35.00 | 12547.50 |
| 07/21/2017 | E-mail Response to Attorney Stevens Re: BMO Release of Lien | 0.05 | 350.00 | 17.50 | 12565.00 |
| 07/24/2017 | Telephone Conference with Attorney Wasserman Re: Exchange of Documents at Settlement Closing | 0.2 | 350.00 | 70.00 | 12635.00 |
| 07/24/2017 | E-mail Correspondence to Attorney Stevens Re: Closing on Settlement | 0.25 | 350.00 | 87.50 | 12722.50 |
| 07/24/2017 | E-mail Response from Attorney Stevens Re: Settlement Closeing | 0.1 | 350.00 | 35.00 | 12757.50 |
| 07/25/2017 | Receipt and Review E-mail Correspondence from Attorney Willette Re: Status of Closing and Settlement | 0.2 | 350.00 | 70.00 | 12827.50 |
| 07/25/2017 | E-mail Correspondence to Attorney Willette with CC to Attorneys Wasserman & Stevens Re: Final Settlement Procedures | 0.3 | 350.00 | 105.00 | 12932.50 |
| 07/26/2017 | Court Appearance Re: Continued Status on All Pending Motions and Trustee's Objection to BMO Harris Bank Amended Claim #4-2, Conference with Attorneys Willette, Wasserman, Stevens and Exchange of Documents and Closing of Settlement Per Court Order | 1 | 350.00 | 350.00 | 13282.50 |
| 07/27/2017 | Preparation of Order Withdrawing Trustee's Objection to Amended Claim #4-2 of BMO Harris Bank NA | 0.25 | 350.00 | 87.50 | 13370.00 |

| AMOUNT DUE |
|------------|
| **$14,105.00** |

# Bernard J Natale, Ltd

**1639 N Alpine Road**
**Rockford IL 61107**
Phone (815) 964-4700

**Statement**

| DATE |
|------|
| **10/2/2017** |

Joseph F. Contarino
% Bernard J Natale, Trustee
Attorney Services-BJN

| ACCT NO. | AMOUNT DUE |
|----------|------------|
| **15.009** | **$14,105.00** |

| DATE | DESCRIPTION | NUMBER | RATE | AMOUNT | BALANCE |
|------|-------------|--------|------|--------|---------|
| 07/31/2017 | Receipt and Review Notice and Motion to Approve Application of Attorney Craig Willette for Compensation Reimbursement for Professional Services | 0.4 | 350.00 | 140.00 | 13510.00 |
| 08/04/2017 | E-mail Correspondence to Attorney Wasserman Re: BMO Amended Proof of Claim | 0.25 | 350.00 | 87.50 | 13597.50 |
| 08/04/2017 | Receipt and Review E-mail Response from Attorney Wasserman Re: BMO Amended Claim | 0.2 | 350.00 | 70.00 | 13667.50 |
| 08/04/2017 | E-mail Correspondence to Attorney Willette Re: Fees of Special Counsel | 0.25 | 350.00 | 87.50 | 13755.00 |
| 08/04/2017 | E-mail Respone from Attorney Willette Re: Fees of Special Counsel | 0.1 | 350.00 | 35.00 | 13790.00 |
| 08/28/2017 | Receipt and Review E-mail Correspondence from Attorney Willette with Enclosed Order Approving Compensation | 0.2 | 350.00 | 70.00 | 13860.00 |
| 09/05/2017 | Receipt and Review E-mail Correspondence from Attorney Stevens Re: Final Report, Respond to Same, Receive Reply Re: Same | 0.3 | 350.00 | 105.00 | 13965.00 |
| 09/22/2017 | Telephone Conference with Attorney Larson Re: Claims Status and Distribution to Creditors | 0.2 | 350.00 | 70.00 | 14035.00 |
| 09/25/2017 | Telephone Conference with Attorney Hewitt Re: Claims Status and Distribution to Creditors | 0.2 | 350.00 | 70.00 | 14105.00 |

| AMOUNT DUE |
|------------|
| **$14,105.00** |

# *Bernard J Natale, Ltd*

**Statement**

**1639 N Alpine Road
Rockford IL 61107**

Phone (815) 964-4700

| DATE |
|---|
| **10/2/2017** |

**Joseph F Contarino
% Bernard J Natale, Trustee
Expenses**

| ACCT NO. | AMOUNT DUE |
|---|---|
| **15.009** | **$12.20** |

| DATE | DESCRIPTION | NUMBER | RATE | AMOUNT | BALANCE |
|---|---|---|---|---|---|
| **01/31/2017** | **Balance forward** | | | | **0.00** |
| **02/09/2017** | **Expenses for Copies Re: Application for Award of Interim Attorney Fees & Expenses** | **30** | **0.30** | **9.00** | **9.00** |
| **02/09/2017** | **Expenses for Postage Re: Application for Award of Interim Attorney Fees and Expenses** | **3** | **0.46** | **1.38** | **10.38** |
| **02/09/2017** | **Expenses for Postage Re: Application for Award of Interim Attorney Fees and Expenses** | **1** | **1.82** | **1.82** | **12.20** |

| AMOUNT DUE |
|---|
| **$12.20** |