# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### WESTERN **DIVISION**

In re:                                    §
                                          §
JOSEPH F. CONTARINO                       §          Case No. 15-80031
                                          §
            Debtor                        §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BERNARD J. NATALE, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 2,404,492.73          Assets Exempt: 1,383,317.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 589,435.48     Claims Discharged
                                                 Without Payment:  37,919,631.33

Total Expenses of Administration:  134,101.06

3) Total gross receipts of $ 723,536.54  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 723,536.54  from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 1,955,000.00 | $ 1,946,036.77 | $ 1,396,036.77 | $ 100,000.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 134,101.06 | 134,101.06 | 134,101.06 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 26,187,682.45 | 18,473,939.76 | 10,266,384.36 | 489,435.48 |
| **TOTAL DISBURSEMENTS** | $ 28,142,682.45 | $ 20,554,077.59 | $ 11,796,522.19 | $ 723,536.54 |

4)  This case was originally filed under chapter 7 on  01/08/2015 .  The case was pending for 38 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  02/12/2018                      By:/s/BERNARD J. NATALE, TRUSTEE
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Castle Bank (Checking Account) Joseph F. Contari | 1129-000 | 784.81 |
| First Community Credit Union (Checking Account) | 1129-000 | 3,918.61 |
| Joe Contarino, Inc. value -$2,234,447.00 | 1129-000 | 2,500.00 |
| Maplecrest Builders, LLC | 1129-000 | 2,500.00 |
| Real estate commission to close in January, 2015 | 1129-000 | 8,878.12 |
| Sun Trust (Joseph F. Contarino Revocable Trust - | 1129-000 | 4,955.00 |
| Preference re Memorandum of Judgment | 1241-000 | 300,000.00 |
| Alter Ego Claim | 1249-000 | 400,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 723,536.54** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ NA |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Equimax Mortgage and Loan 3415 S. Sepulveda Blvd., Suite 400 Los Angeles, CA 90034 | | 1,000,000.00 | NA | NA | 0.00 |
| | Regions Bank P.O. Box 18001 Hattiesburg, MS 394048001 | | 310,000.00 | NA | NA | 0.00 |
| | Regions Bank P.O. Box 18001 Hattiesburg, MS 394048001 | | 560,000.00 | NA | NA | 0.00 |
| | Wells Fargo P.O. Box 5296 Carol Stream, IL 601975296 | | 85,000.00 | NA | NA | 0.00 |
| 4-1 | BMO Harris Bank N. A. | 4110-000 | NA | 1,396,036.77 | 1,396,036.77 | 100,000.00 |
| 1S | Equimax Mortgage and Loan | 4110-000 | NA | 550,000.00 | 0.00 | 0.00 |
| 11 | First State Bank | 4110-000 | NA | 0.00 | 0.00 | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 1,955,000.00 | $ 1,946,036.77 | $ 1,396,036.77 | $ 100,000.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE | 2100-000 | NA | 39,426.83 | 39,426.83 | 39,426.83 |
| BERNARD J. NATALE | 2200-000 | NA | 17.29 | 17.29 | 17.29 |
| INTERNATIONAL SURETIES | 2300-000 | NA | 233.73 | 233.73 | 233.73 |
| LTD INTERNATIONAL SURETIES | 2300-000 | NA | 33.27 | 33.27 | 33.27 |
| Associated Bank | 2600-000 | NA | 6,262.94 | 6,262.94 | 6,262.94 |
| Rabobank, N.A. | 2600-000 | NA | 360.19 | 360.19 | 360.19 |
| BERNARD J. NATALE LTD | 3110-000 | NA | 67,023.75 | 67,023.75 | 67,023.75 |
| BERNARD J. NATALE LTD | 3120-000 | NA | 62.06 | 62.06 | 62.06 |
| CRAIG WILLETTE | 3210-600 | NA | 20,150.00 | 20,150.00 | 20,150.00 |
| CRAIG WILLETTE | 3220-610 | NA | 531.00 | 531.00 | 531.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 134,101.06 | $ 134,101.06 | $ 134,101.06 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Blackhawk State Bank<br>POB 719<br>Beloit, WI 53512 | | 6,875,147.00 | NA | NA | 0.00 |
| | BMO Harris c/o Bayview<br>Loan Servicing<br>1 N. LaSalle St., Ste. 850<br>Chicago, IL 60602 | | 1,569,610.45 | NA | NA | 0.00 |
| | Briargate Management<br>POB 15340<br>Loves Park, IL 611315340 | | 0.00 | NA | NA | 0.00 |
| | Byron Bank<br>200 North Walnut Street<br>Byron, IL 61010 | | 1,948,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CarlsonDash, LLC<br>216 S. Jefferson St,. Ste. 504<br>Chicago, IL 60661 | | 0.00 | NA | NA | 0.00 |
| | Dr. Mark Carlson<br>1848 Daimler Road<br>Rockford, IL 61112 | | 27,483.00 | NA | NA | 0.00 |
| | Equimax Mortgage and Loan<br>3415 S. Sepulveda Blvd.,<br>Suite 400<br>Los Angeles, CA 90034 | | 1,260,000.00 | NA | NA | 0.00 |
| | First State Bank fka Lincoln<br>State c/o Hewitt & Wagner<br>1124 Lincoln Highway<br>Rochelle, IL 61068 | | 85,000.00 | NA | NA | 0.00 |
| | Gateway Bank<br>5390 Williams Drive<br>Roscoe, IL 61073 | | 990,000.00 | NA | NA | 0.00 |
| | Midwest Bank<br>3963 North Perryville Road<br>Rockford, IL 61114 | | 6,871,510.00 | NA | NA | 0.00 |
| | Rockford Bank & Trust<br>4571 Gulford Road<br>Rockford, IL 61107 | | 3,845,980.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | State Bank of Freeport 1713 South Dirck Drive Freeport, IL 61032 | | 2,157,000.00 | NA | NA | 0.00 |
| | Sunil Puri First Rockford Group 6801 Spring Creek Road Rockford, IL 61114 | | 557,952.00 | NA | NA | 0.00 |
| 3-2 | Blackhawk Bank | 7100-000 | NA | 3,207,820.12 | 3,207,820.12 | 152,928.33 |
| 4-2 | BMO Harris Bank N. A. | 7100-000 | NA | 1,296,036.77 | 1,296,036.77 | 61,786.74 |
| 7 | Byron Bank | 7100-000 | NA | 1,914,305.49 | 0.00 | 0.00 |
| 10 | Dr. Mark Carlson | 7100-000 | NA | 28,021.81 | 28,021.81 | 1,335.89 |
| 1U | Equimax Mortgage and Loan | 7100-000 | NA | 1,588,217.54 | 1,588,217.54 | 75,716.04 |
| 2-3 | First State Bank fka Lincoln State | 7100-000 | NA | 49,099.65 | 49,099.65 | 2,340.76 |
| 5 | Gateway Community Bank | 7100-000 | NA | 985,869.01 | 0.00 | 0.00 |
| 8-2 | Midwest Community Bank | 7100-000 | NA | 4,097,188.47 | 4,097,188.47 | 195,327.72 |
| 9 | Rockford Bank & Trust | 7100-000 | NA | 4,663,121.89 | 0.00 | 0.00 |
| 6 | State Bank of Freeport | 7100-000 | NA | 644,259.01 | 0.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 26,187,682.45 | $ 18,473,939.76 | $ 10,266,384.36 | $ 489,435.48 |

**FORM 1**
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| | | | |
|---|---|---|---|
| Case No: | 15-80031 | TML | Judge: | Thomas M. Lynch |

| | |
|---|---|
| Case Name: | JOSEPH F. CONTARINO |
| For Period Ending: | 02/06/2018 |

| | |
|---|---|
| Trustee Name: | BERNARD J. NATALE, TRUSTEE |
| Date Filed (f) or Converted (c): | 01/08/2015 (f) |
| 341(a) Meeting Date: | 02/05/2015 |
| Claims Bar Date: | 05/14/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1. 12933 Melrose, Caledonia, IL Illinois Law | 970,000.00 | 0.00 | | 0.00 | FA |
| 2. 780 South Collier Blvd, (Somerset) Unit 302 Flor | 745,000.00 | 660,000.00 | | 0.00 | FA |
| 3. 990 Cape Marco, (Merida) Unit 304 Florida Law 99 | 650,000.00 | 90,000.00 | | 0.00 | FA |
| 4. 900 South Collier Blvd., (Apollo) Unit 604 Flori | 400,000.00 | 90,000.00 | | 0.00 | FA |
| 5. Berkenshaw /Commercial, Lots 31 and 32, Loves Pa | 550,000.00 | 0.00 | | 0.00 | FA |
| 6. cash | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 7. Castle Bank (Checking Account) Joseph F. Contari | 784.81 | 784.81 | | 784.81 | FA |
| 8. First Community Credit Union (Checking Account) | 3,918.61 | 3,918.61 | | 3,918.61 | FA |
| 9. Sun Trust (Joseph F. Contarino Revocable Trust - | 4,955.00 | 4,955.00 | | 4,955.00 | FA |
| 10. Bank of America (checking) IMRF Account | 2,000.00 | 0.00 | | 0.00 | FA |
| 11. Misc. furnishings | 3,500.00 | 0.00 | | 0.00 | FA |
| 12. Used Clothing | 300.00 | 300.00 | | 0.00 | FA |
| 13. Guns - one shotgun and 3 pistols | 4,000.00 | 4,000.00 | | 0.00 | FA |
| 14. Bike | 350.00 | 350.00 | | 0.00 | FA |
| 15. Illinois Municipal Retirement Fund/per month | 1,744.73 | 1,744.73 | | 0.00 | FA |
| 16. Roth IRA | 407,317.00 | 0.00 | | 0.00 | FA |
| 17. Belize Development LLC Value -$934,500.00 | 0.00 | 0.00 | | 0.00 | FA |
| 18. Capron Development, LLC Value -$1,259,500.00 | 0.00 | 0.00 | | 0.00 | FA |
| 19. Clearwing Apartments, LLC value -$131,000.00 | 0.00 | 0.00 | | 0.00 | FA |
| 20. Clearwing Development of Roscoe, LLC value -140, | 0.00 | 0.00 | | 0.00 | FA |
| 21. Contarino Holdings, LLC Value -$984,750.00 | 0.00 | 0.00 | | 0.00 | FA |
| 22. Contarino Investments, LLC value -$5,000.00 | 0.00 | 0.00 | | 0.00 | FA |
| 23. Cross Creek Development, LLC value -$745,430.00 | 0.00 | 0.00 | | 0.00 | FA |
| 24. Essex Development, LLC | 22,098.00 | 22,098.00 | | 0.00 | FA |

**FORM 1**
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Exhibit 8

| | | |
|---|---|---|
| Case No: | 15-80031 | TML |
| Case Name: | JOSEPH F. CONTARINO | |
| For Period Ending: | 02/06/2018 | |

| | |
|---|---|
| Judge: | Thomas M. Lynch |

| | |
|---|---|
| Trustee Name: | BERNARD J. NATALE, TRUSTEE |
| Date Filed (f) or Converted (c): | 01/08/2015 (f) |
| 341(a) Meeting Date: | 02/05/2015 |
| Claims Bar Date: | 05/14/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 25.  Joe Contarino, Inc. value -$2,234,447.00 | 0.00 | 0.00 | | 2,500.00 | FA |
| 26.  Maplecrest Builders, LLC | 0.00 | 0.00 | | 2,500.00 | FA |
| 27.  Maple Leaf Development, LLC Value -$245,700.00 | 0.00 | 0.00 | | 0.00 | FA |
| 28.  Somerset Development II, LLC Value -$277,350.00 | 0.00 | 0.00 | | 0.00 | FA |
| 29.  Real estate commission to close in January, 2015 | 9,000.00 | 9,000.00 | | 8,878.12 | FA |
| 30.  1/4 interest in Vera Cruz Irrevocable Holdings T | 0.00 | 0.00 | | 0.00 | FA |
| 31.  Holdings, LLC - Contingent Interest Value | 0.00 | 0.00 | | 0.00 | FA |
| 32.  Contingent testamentary beneficiary in Deborah Z | 0.00 | 0.00 | | 0.00 | FA |
| 33.  Sea Ray Sundeck in Florida/Tenants by the Entire | 30,000.00 | 30,000.00 | | 0.00 | FA |
| 34.  Computers; copier and file cabinets | 500.00 | 0.00 | | 0.00 | FA |
| 35.  Alter Ego Claim (u) | 0.00 | 400,000.00 | | 400,000.00 | FA |
| 36.  Preference re Memorandum of Judgment (u) | 0.00 | 300,000.00 | | 300,000.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)                    $3,806,468.15        $1,618,151.15                         $723,536.54        $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE'S MOTION TO SELL DEBTOR'S INTEREST IN HOMESTEAD TO NON-FILING SPOUSE PENDING. TRUSTEE'S COMPLAINT TO RECOVER PREFERENCE PENDING. BOTH MATTERS VIGORIOUSLY CONTESTED BY 1 CREDITOR, BMO HARRIS BANK. OTHER CREDITORS HAVE JOINED IN SUPPORT OF TRUSTEE.

Exhibit 8

| RE PROP # | 1 | -- | Amended Exempton |
| RE PROP # | 25 | -- | Per Order Entered on 6/10/15 |
| RE PROP # | 26 | -- | Per Order Entered on 6/10/15 |

Initial Projected Date of Final Report (TFR): 12/31/2017        Current Projected Date of Final Report (TFR): 06/30/2018

Case 15-80031   Doc 217   Filed 03/02/18   Entered 03/02/18 14:24:43   Desc Main

**FORM 2**

Document   Page 12 of 19

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 15-80031 | Trustee Name: BERNARD J. NATALE, TRUSTEE |
| Case Name: JOSEPH F. CONTARINO | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX8095 |
| | Checking |
| Taxpayer ID No: XX-XXX4700 | Blanket Bond (per case limit): $3,000.00 |
| For Period Ending: 02/06/2018 | Separate Bond (if applicable): |

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/24/16 | | Transfer from Acct # xxxxxx66 | Transfer of Funds | 9999-000 | $23,143.08 | | $23,143.08 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $23,133.08 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $34.39 | $23,098.69 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $33.23 | $23,065.46 |
| 06/02/16 | 5001 | INTERNATIONAL SURETIES SUITE 420 701 POYDRAS STREET NEW ORLEANS LA 70139 | Bond# 016018067 | 2300-000 | | $11.92 | $23,053.54 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $34.29 | $23,019.25 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $33.12 | $22,986.13 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $34.18 | $22,951.95 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $34.12 | $22,917.83 |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $32.98 | $22,884.85 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $34.02 | $22,850.83 |
| 11/09/16 | 35 | JOSEPH F. CONTARINO 12933 MELROSE ROAD CALEDONIA, IL  61011 | Compromise Re: Vera Cruz Settlement | 1249-000 | $400,000.00 | | $422,850.83 |

| | | | | Page Subtotals: | $423,143.08 | $292.25 | |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 15-80031 | Trustee Name: BERNARD J. NATALE, TRUSTEE |
| Case Name: JOSEPH F. CONTARINO | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX8095 |
| | Checking |
| Taxpayer ID No: XX-XXX4700 | Blanket Bond (per case limit): $3,000.00 |
| For Period Ending: 02/06/2018 | Separate Bond (if applicable): |

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $454.80 | $422,396.03 |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $627.94 | $421,768.09 |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $627.12 | $421,140.97 |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $565.55 | $420,575.42 |
| 03/08/17 | 5002 | BERNARD J. NATALE LTD 1639 N ALPINE RD SUITE 401 EDGEBROOK OFFICE CENER ROCKFORD, IL  61107 | Distribution | | | $52,968.61 | $367,606.81 |
| | | BERNARD J. NATALE LTD | 1st Interim Fee App            ($52,918.75) | 3110-000 | | | |
| | | BERNARD J. NATALE LTD | 1st Interim Exp App              ($49.86) | 3120-000 | | | |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $569.39 | $367,037.42 |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $528.09 | $366,509.33 |
| 06/06/17 | 5003 | INTERNATIONAL SURETIES SUITE 420 701 POYDRAS STREET NEW ORLEANS LA 70139 | 2017 Bond Premium Payment | 2300-000 | | $221.81 | $366,287.52 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $544.84 | $365,742.68 |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $526.35 | $365,216.33 |

Page Subtotals:                    $0.00        $57,634.50

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-80031 | Trustee Name: BERNARD J. NATALE, TRUSTEE |
| Case Name: JOSEPH F. CONTARINO | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX8095 |
| | Checking |
| Taxpayer ID No: XX-XXX4700 | Blanket Bond (per case limit): $3,000.00 |
| For Period Ending: 02/06/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/21/17 | 36 | First National Bank 121 West Lincoln Highway DeKalb, IL 60115 | Compromise | 1241-000 | $300,000.00 | | $665,216.33 |
| 07/25/17 | 5004 | BMO Harris Bank N. A. c/o Carlson Dash LLC 216 S. Jefferson Street,Suite 504 Chicago, IL  60661 | Pymt of Secured Portion of Claim per Court Order | 4110-000 | | $100,000.00 | $565,216.33 |
| 08/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $701.27 | $564,515.06 |
| 08/28/17 | 5005 | CRAIG WILLETTE YALDEN, OLSEN & WILLETTE 1318 E STATE STREET ROCKFORD, IL  61104 | Compensation for Special Counsel Fees & Expenses | | | $20,681.00 | $543,834.06 |
| | | CRAIG WILLETTE | ($531.00) | 3220-000 | | | |
| | | CRAIG WILLETTE | ($20,150.00) | 3210-000 | | | |
| 09/08/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $837.26 | $542,996.80 |
| 11/06/17 | 5006 | BERNARD J. NATALE 1639 N ALPINE RD SUITE 401 EDGEBROOK OFFICE CENTER ROCKFORD, IL  61107 | Distribution | | | $39,444.12 | $503,552.68 |
| | | BERNARD J. NATALE | Final distribution representing a payment of 100.00 % per court order. ($39,426.83) | 2100-000 | | | |
| | | BERNARD J. NATALE | Trustee Exp ($17.29) | 2200-000 | | | |
| 11/06/17 | 5007 | BERNARD J. NATALE LTD 1639 N ALPINE RD SUITE 401 EDGEBROOK OFFICE CENER ROCKFORD, IL  61107 | Distribution | | | $14,117.20 | $489,435.48 |
| | | BERNARD J. NATALE LTD | Final Atty Fees ($14,105.00) | 3110-000 | | | |
| | | BERNARD J. NATALE LTD | Final Attorney Expenses ($12.20) | 3120-000 | | | |

| | | | Page Subtotals: | | $300,000.00 | $175,780.85 | |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 15-80031  
Case Name: JOSEPH F. CONTARINO  

Trustee Name: BERNARD J. NATALE, TRUSTEE  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX8095  
Checking  

Taxpayer ID No: XX-XXX4700  
For Period Ending: 02/06/2018  

Blanket Bond (per case limit): $3,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/06/17 | 5008 | Equimax Mortgage and Loan c/o Edmond M. Burke 30 S. Wacker Drive, Suite 2600 Chicago, IL 60606 | Final distribution to claim 1 representing a payment of 4.77 % per court order. | 7100-000 | | $75,716.04 | $413,719.44 |
| 11/06/17 | 5009 | First State Bank fka Lincoln State c/o Hewitt & Wagner 1124 Lincoln Highway Rochelle, IL 61068 | Final distribution to claim 2 representing a payment of 4.77 % per court order. | 7100-000 | | $2,340.76 | $411,378.68 |
| 11/06/17 | 5010 | Blackhawk Bank c/o George P. Hampilos,Hampilos & Langley, Ltd.,308 West State Street #210 Rockford, IL 61101 | Final distribution to claim 3 representing a payment of 4.77 % per court order. | 7100-000 | | $152,928.33 | $258,450.35 |
| 11/06/17 | 5011 | BMO Harris Bank N. A. c/o Carlson Dash LLC 216 S. Jefferson Street,Suite 504 Chicago, IL 60661 | Unsecured Portion of Claim | 7100-000 | | $61,786.74 | $196,663.61 |
| 11/06/17 | 5012 | Midwest Community Bank c/o Richard G. Larsen,Springer Brown, LLC,400 S County Farm Rd. Ste 330 Wheaton, IL 60187 | Final distribution to claim 8 representing a payment of 4.77 % per court order. | 7100-000 | | $195,327.72 | $1,335.89 |
| 11/06/17 | 5013 | Dr. Mark Carlson Erik Carlson,Brassfield, Krueger et al,1491 S Bell School Rd Rockford, IL 61108 | Final distribution to claim 10 representing a payment of 4.77 % per court order. | 7100-000 | | $1,335.89 | $0.00 |
| 01/25/18 | 5009 | First State Bank fka Lincoln State c/o Hewitt & Wagner 1124 Lincoln Highway Rochelle, IL 61068 | Final distribution to claim 2 representing a payment of 4.77 % per court order. Reversal Stop Payment put on this check as the bank lost the check and cannot find.  Reissued check on 1/25/18. | 7100-000 | | ($2,340.76) | $2,340.76 |
| 01/25/18 | 5014 | First State Bank fka Lincoln State c/o Hewitt & Wagner 1124 Lincoln Highway Rochelle, IL 61068 | Re-issuance of Distribution Check No. 5009.  Original mailed on November 16, 2017. Bank lost check. | 7100-000 | | $2,340.76 | $0.00 |

|  | COLUMN TOTALS | $723,143.08 | $723,143.08 |
|---|---|---|---|
|  | Less: Bank Transfers/CD's | $23,143.08 | $0.00 |
|  | Page Subtotals: | $0.00 | $489,435.48 |

Page:      5

Exhibit 9

|  | | |
|---|---|---|
| Subtotal | $700,000.00 | $723,143.08 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $700,000.00 | $723,143.08 |

| Page Subtotals: | $0.00 | $0.00 |
|---|---|---|

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: 15-80031 | Trustee Name: BERNARD J. NATALE, TRUSTEE | Exhibit 9 |
| Case Name: JOSEPH F. CONTARINO | Bank Name: Rabobank, N.A. | |
| | Account Number/CD#: XXXXXX66 | |
| | Checking Account | |
| Taxpayer ID No: XX-XXX4700 | Blanket Bond (per case limit): $3,000.00 | |
| For Period Ending: 02/06/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/19/15 | 7 | Joseph F. Contarino Revocable Trust 12933 Melrose Road Caledonia, IL 61011 | Funds from Checking Account | 1129-000 | $784.81 | | $784.81 |
| 02/19/15 | 8 | Joseph F. Contarino Trust 12933 Melrose Road Caledonia, IL 61011 | Funds from Checking Account | 1129-000 | $3,918.61 | | $4,703.42 |
| 02/19/15 | 9 | Joseph F. Contarino 990 Cape Marco Drive Unit 805 Marco Island, FL 34145 | Funds from Florida Checking Acct | 1129-000 | $4,955.00 | | $9,658.42 |
| 02/19/15 | 29 | Joseph F. Contarino 990 Cape Marco Drive Unit 805 Marco Island, FL 34145 | Funds from Real Estate Commissions | 1129-000 | $8,878.12 | | $18,536.54 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.00 | $18,526.54 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $28.42 | $18,498.12 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $26.60 | $18,471.52 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $25.68 | $18,445.84 |
| 06/08/15 | 101 | INTERNATIONAL SURETIES, LTD SUITE 420 701 POYDRAS STREET NEW ORLEANS, LA 70139 | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/08/2015 FOR CASE #15-80031, BOND #016018067 | 2300-000 | | ($31.36) | $18,477.20 |
| 06/08/15 | 101 | INTERNATIONAL SURETIES, LTD SUITE 420 701 POYDRAS STREET NEW ORLEANS, LA 70139 | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/08/2015 FOR CASE #15-80031, BOND #016018067 | 2300-000 | | $31.36 | $18,445.84 |
| 06/08/15 | 102 | INTERNATIONAL SURETIES, LTD SUITE 420 701 POYDRAS STREET NEW ORLEANS, LA 70139 | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/08/2015 FOR CASE #15-80031, BOND #016018067 | 2300-000 | | $33.27 | $18,412.57 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $28.27 | $18,384.30 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $27.32 | $18,356.98 |

Page Subtotals: $18,536.54 $179.56

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: 15-80031 | | | Trustee Name: BERNARD J. NATALE, TRUSTEE |
| Case Name: JOSEPH F. CONTARINO | | | Bank Name: Rabobank, N.A. |
| | | | Account Number/CD#: XXXXXX66 |
| | | | Checking Account |
| Taxpayer ID No: XX-XXX4700 | | | Blanket Bond (per case limit): $3,000.00 |
| For Period Ending: 02/06/2018 | | | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $25.52 | $18,331.46 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $28.12 | $18,303.34 |
| 10/13/15 | | Blackhawk Bank<br><br>Beloit, WI 53511 | Settlement Funds Re: Compromise with Blackhawk Bank | | $5,000.00 | | $23,303.34 |
| | | | Gross Receipts $5,000.00 | | | | |
| | 25 | | Joe Contarino, Inc. value - $2,234,447.00 $2,500.00 | 1129-000 | | | |
| | 26 | | Maplecrest Builders, LLC $2,500.00 | 1129-000 | | | |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $30.16 | $23,273.18 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $32.35 | $23,240.83 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $36.77 | $23,204.06 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $32.17 | $23,171.89 |
| 02/24/16 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank Service Fee | 2600-000 | | $28.81 | $23,143.08 |
| 02/24/16 | | Transfer to Acct # xxxxxx8095 | Transfer of Funds | 9999-000 | | $23,143.08 | $0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | $23,536.54 | $23,536.54 |
| Less: Bank Transfers/CD's | | $0.00 | $23,143.08 |
| Subtotal | | $23,536.54 | $393.46 |
| Less: Payments to Debtors | | $0.00 | $0.00 |
| Net | | $23,536.54 | $393.46 |

| Page Subtotals: | $5,000.00 | $23,356.98 |
|---|---|---|

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX66  - Checking Account | $23,536.54 | $393.46 | $0.00 |
| XXXXXX8095 - Checking | $700,000.00 | $723,143.08 | $0.00 |
|  | $723,536.54 | $723,536.54 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $723,536.54 |
| Total Gross Receipts: | $723,536.54 |